```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   24 Mag. 515-1 (UA)
     -against-                       :   ORDER
                                     :
Mariah Gonzalez                      :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

SARAH L. CAVE, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation/treatment as directed by Pretrial Services.

Dated: New York, New York
       February 22, 2024

SO ORDERED:

_____
SARAH L. CAVE
United States District Judge